UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 97 - 6602

CIV-ZLOCH

MAGISTRATE JUDGE
SELTZER

PHILIP GORDON,

Plaintiff,

v.

JOHN HANCOCK MUTUAL
LIFE INSURANCE COMPANY,

Defendant.
_____/

**NOTICE OF REMOVAL**

Defendant, JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY ("John Hancock"), by and through its undersigned counsel, files this Notice of Removal of this action from the Circuit Court of the Seventeenth Judicial Circuit of the State of Florida, in and for Broward County, in which Court said action is pending, to the District Court of the United States, in and for the Southern District of Florida, and shows:

1. Plaintiff commenced this action in the Circuit Court of the Seventeenth Judicial Circuit of the State of Florida, in and for Broward County, entitled <u>Philip Gordon v. John Hancock Mutual Life Insurance Company</u>, Case No. 97-5752 CACE, by filing the Complaint on or about April 16, 1997.

2. All process, pleadings and orders, as well as pending motions which have been filed in this case, are attached to this Notice of Removal.

3. The above-described action is one in which this court has original jurisdiction pursuant to the provisions of Title 28, United States Code, Section 1332, and is one which may be removed to this Court by John Hancock pursuant to the provisions of Title 28, United States Code, Section 1441, in that it is a civil action wherein the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

4. This notice of removal is timely under the provisions of 28 U.S.C. 1446(b), in that it is being filed within thirty days after the receipt by John Hancock through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which the action is based.

5. At all times material hereto, John Hancock was and is a corporation organized and existing under the laws of the State of Massachusetts, with its principal place of business in the State of Massachusetts. John Hancock is authorized to do business in the State of Florida. Complaint, ¶ 3.

6. Plaintiff is a citizen and resident of the State of Florida. Complaint, ¶ 2.

7. As alleged in the Complaint, Plaintiff seeks disability benefits of a maximum of $13,000.00 per month from May, 1995 to the present, plus future benefits. See Complaint ¶¶ 5-10, and Exhibit "A" to Complaint. Accordingly, the amount in controversy is in excess of $75,000.00, exclusive of interest and costs.

WHEREFORE, defendant, John Hancock Mutual Life Insurance Company, hereby gives notice of the removal of this action now pending against it in the Circuit Court of the Seventeenth Judicial Circuit of the State of Florida, in and for Broward County.

> **SHUTTS & BOWEN LLP**
> Attorneys for John Hancock
> 201 South Biscayne Boulevard
> 1500 Miami Center
> Miami, Florida 33131
> (305) 358-6300
> Telecopier: (305) 381-9982
>
> By: _____
> John B. Meagher
> Florida Bar No. 511099
> Jeffrey M. Landau
> Florida Bar No. 863777

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 15TH day of May, 1997 to Carl S. Karmin, Karmin & Adler, 750 Southeast Third Avenue, Suite 200, Fort Lauderdale, Florida 33316.

_____
Of Counsel

MIA95 139784.1 - JML

SHUTTS & BOWEN LLP / 1500 MIAMI CENTER / 201 SOUTH BISCAYNE BOULEVARD / MIAMI, FLORIDA 33131 / (305) 358-6300

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA.

CASE NUMBER: 97005752
JUDGE:

PHILIP GORDON,

    Plaintiff,

vs.

JOHN HANCOCK MUTUAL LIFE
INSURANCE COMPANY,

    Defendant.
_____/

RECEIVED APR 2 3 1997 LAW DEPT.-7N

REC'D _____
SERVED _____
DT. 4-_9_-97_ 1:10 P
PS _____
HECTOR CASTRO
S.P.S. #257

14

S U M M O N S

TO THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:

    YOU ARE HEREBY COMMANDED to serve this Summons and a Copy of the Complaint in this action on:

Defendant:     JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY

Registered Agent:     PETER F. SOUSA

Address:     CT CORPORATION SYSTEM
1201 S. PINE ISLAND ROAD
PLANTATION, FL. 33324

    Each Defendant is required to serve written defenses to the Complaint on Plaintiff's Counsel who is: CARL S. KARMIN, ESQUIRE KARMIN & ADLER, 750 Southeast 3rd Avenue, Suite 200, Fort Lauderdale, Florida, 33316, within Twenty (20) days after service of this Summons on that Defendant, exclusive of the date of service, and to file the original of the defenses with the Clerk of the above-styled Court either before service on Plaintiff's Counsel or immediately thereafter.

If a Defendant fails to do so, a default will be entered against the Defendant for the relief demanded in the Complaint.

WITNESS my hand and the seal of said Court on this ____ day of _____, 1997.

APR 16 1997

ROBERT E. LOCKWOOD
As Clerk of the Court

BY: _____
       Deputy Clerk

DEBORAH A. LEWIS

A TRUE COPY
Circuit Court Seal



IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT, IN AND
FOR BROWARD COUNTY, FLORIDA

CASE NO:
JUDGE:  97005752

PHILLIP GORDON,

    Plaintiff,

vs.

JOHN HANCOCK MUTUAL
LIFE INSURANCE COMPANY,

    Defendant,
_____/

## COMPLAINT

COMES NOW the Plaintiff, PHILLIP GORDON, by and through his undersigned counsel, and sues the Defendant, JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY (hereinafter referred to as "JOHN HANCOCK"), and states:

1. This is an action for damages which exceed Fifteen Thousand Dollars ($15,000.00), exclusive of interests and costs.

2. At all times material hereto and at the times of the incidents complained of, the Plaintiff was a resident of Broward County, Florida.

3. At all times material hereto and at the times of the incidents complained of, the Defendant, JOHN HANCOCK, was and is a corporation organized and existing under the laws of the State of Massachusetts, with its principal place of business in Boston, Massachusetts. The Defendant, JOHN HANCOCK, is authorized to engage in the insurance business in the State of Florida.

4. On February 14, 1991, in consideration of a premium

paid by the Plaintiff, PHILLIP GORDON, to Defendant, the Defendant, JOHN HANCOCK, executed and delivered to the Plaintiff a policy of insurance bearing policy number H009 754 606. A copy of the declaration page is attached to this complaint and marked as "Exhibit A."

5. On or about May 12, 1995, the Plaintiff became ill with severe back pain and cognitive deficits and since that time has been disabled because of such sickness within the meaning of the above referenced policy number. The Plaintiff has been disabled from May 12, 1995 until this date, within the terms of the policy.

6. On or about July 13, 1995, the Plaintiff filed a Notice and Proof of Disability with the Defendant on the forms provided by the Defendant. Plaintiff is not in possession of copies of said forms and is unable to obtain same.

7. The Plaintiff, PHILLIP GORDON, has performed all of the conditions required of the Plaintiff by the insurance policy at issue.

8. The Defendant, JOHN HANCOCK, has failed and refused to pay the benefits due to the Plaintiff, PHILLIP GORDON, under the aforedescribed policy.

9. Beginning on the 60th day after the disability began, the Plaintiff, PHILLIP GORDON, became entitled under the terms of the aforedescribed policy to receive benefits for the time the Plaintiff remains disabled.

10. At the time of the filing of this action, a sum has accrued under the aforedescribed policy as the Defendant has

failed and refused to pay any benefits to the Plaintiff. During the pendency of this action and prior to judgment, further disability payments are likely to accrue.

11. Because of Defendant's refusal to pay the benefits due the Plaintiff under the aforedescribed policy, the Plaintiff has retained the undersigned counsel to prosecute this action and has become obligated to pay them a reasonable attorney's fee.

12. This action was filed more than 60 days after submission to the Defendant, JOHN HANCOCK, of written proof of loss as required by the policy at issue.

WHEREFORE, the Plaintiff, PHILLIP GORDON, requests judgment against the Defendant, JOHN HANCOCK, for damages, together with reasonable attorney's fees pursuant to Section 627.428, Florida Statutes, cost of suit, and such other relief as the court may deem proper. Plaintiff further demands a trial by jury of all issues so triable as a matter of right.

KARMIN & ADLER
Attorneys for the Plaintiff
750 Southeast Third Avenue
Suite 200
Fort Lauderdale, Florida 33316
(954) 768-9060

By: CARL S. KARMIN
Florida Bar No: 384127

INSURED: PHILIP W GORDON

POLICY NUMBER: H009 754 606

POLICY TITLE: DISABILITY INCOME POLICY (OVERHEAD EXPENSE)

POLICY FORM: IDH 40-90

OCCUPATIONAL CLASS: 1

DATE OF ISSUE: FEBRUARY 14, 1991

FIRST PREMIUM: $ 763.26
(for months)

ISSUE STATE: FLORIDA

DATE OF BIRTH: AUGUST 15, 1953

ISSUE AGE: 37

## SCHEDULE OF BENEFITS

THIS POLICY IS ISSUED WITH NON-SMOKER RATES.

| BENEFITS | ANNUAL PREMIUM |
|---|---|
| COVERED EXPENSE MAXIMUM -- $13,000. | $1,079.60 |
| MAXIMUM TOTAL BENEFIT -- $195,000. | |
| ELIMINATION PERIOD -- 90 DAYS | |
| WAITING PERIOD FOR NORMAL PREGNANCY DISABILITIES -- 90 DAYS | $81.90 |
| RESIDUAL RIDER | $293.56 |
| RETURN OF PREMIUM RIDER (ROP) | $12.75 |
| GUARANTEED INSURABILITY RIDER (GIR) | |
|     GIR OPTION AMOUNT - $1,500. | |
|     GIR EXPIRATION DATE - FEBRUARY 14, 2005 | |
|     GIR ADDITIONS - 0000. | |
| TOTAL ANNUAL PREMIUM | $1,467.81 |

I40390FL

Form IDH 00-3-90 FL

3

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

97-6602
CIV-ZLOCH

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I.(a) PLAINTIFFS

PHILIP GORDON

### DEFENDANTS

JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY

MAGISTRATE JUDGE
SELTZER

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __Broward__
(EXCEPT IN U.S. PLAINTIFF CASES)

A BROWARD 97CV6602/WJZ/BSS

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Carl S. Karmin  (954) 768-9060
Karmin & Adler
750 S.E. Third Avenue
Ft. Lauderdale, FL 33316

ATTORNEYS (IF KNOWN) John E. Meagher
Jeffrey M. Landau
Shutts & Bowen
201 S. Biscayne Blvd., #1500
Miami, FL 33131
(305) 358-6300

## II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

BREACH OF CONTRACT

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

### CONTRACT
- ☒ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Personal Injury — Med Malpractice
- ☐ 365 Personal Injury — Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

### PRISONER PETITIONS
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Other

### FORFEITURE/PENALTY
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☒ YES  ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE 5/15/97

SIGNATURE OF ATTORNEY OF RECORD

686706  $150.00
05/15/97