UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

PHILIP GORDON,

    Plaintiff,

v.

JOHN HANCOCK MUTUAL
LIFE INSURANCE COMPANY,

    Defendant.
_____/

CASE NO. 97-6602-CIV-ZLOCH

Magistrate Judge Seltzer

**NOTICE OF FILING OF
NOTICE OF REMOVAL
IN STATE COURT**

TO:   Clerk of the Court
       U.S. District Courthouse
       299 East Broward Blvd.
       Ft. Lauderdale, Florida 33301

PLEASE TAKE NOTICE that defendant, John Hancock Mutual Life Insurance Company, have this date filed in the Clerk's Office for the Seventeenth Judicial Circuit, Broward County, Florida, a copy of the Notice of Removal filed in this Court. A copy of the Notice of Filing in the Circuit Court for Broward County is attached hereto.

                                          SHUTTS & BOWEN
                                          Attorneys for Defendant
                                          201 S. Biscayne Boulevard
                                          1500 Miami Center
                                          Miami, Florida 33131
                                          (305) 358-6300

                                      By: _____
                                          John B. Meagher
                                          Florida Bar No. 511099
                                          Jeffrey M. Landau
                                          Florida Bar No. 863777

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 16th day of May, 1997 to Carl S. Karmin, Karmin & Adler, 750 Southeast Third Avenue, Suite 200, Fort Lauderdale, Florida 33316.

_____
Of Counsel

MIA95 139817.1 - TDW

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

CIVIL DIVISION

CASE NO. 97-05752 CACE

PHILIP GORDON,

    Plaintiff,

v.

JOHN HANCOCK MUTUAL
LIFE INSURANCE COMPANY,

    Defendant.
_____/

## NOTICE OF FILING NOTICE OF REMOVAL

TO:    Clerk of the Circuit Court
        Broward County Courthouse
        201 S.E. 6th Street
        Ft. Lauderdale, Florida 33301

    PLEASE TAKE NOTICE that defendant, JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, has filed this date its Notice of Removal, a copy of which is attached hereto, in the Office of the Clerk of the United States District Court for the Southern District of Florida.

                        SHUTTS & BOWEN LLP
                        Attorneys for Defendant
                        201 S. Biscayne Boulevard
                        1500 Miami Center
                        Miami, Florida 33131
                        (305) 358-6300

                        By: _____
                            John E. Meagher
                            Florida Bar No. 511099
                            Jeffrey M. Landau
                            Florida Bar No. 863777

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 15TH day of May, 1997 to Carl S. Karmin, Karmin & Adler, 750 Southeast Third Avenue, Suite 200, Fort Lauderdale, Florida 33316.

_____
Of Counsel

MIA95 139826.1 - TDW

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PHILIP GORDON,

    Plaintiff,

v.

JOHN HANCOCK MUTUAL
LIFE INSURANCE COMPANY,

    Defendant.
_____/

CASE NO. **97 - 6602 CIV-ZLOCH**

MAGISTRATE JUDGE SELTZER

**NOTICE OF REMOVAL**

Defendant, JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY ("John Hancock"), by and through its undersigned counsel, files this Notice of Removal of this action from the Circuit Court of the Seventeenth Judicial Circuit of the State of Florida, in and for Broward County, in which Court said action is pending, to the District Court of the United States, in and for the Southern District of Florida, and shows:

1. Plaintiff commenced this action in the Circuit Court of the Seventeenth Judicial Circuit of the State of Florida, in and for Broward County, entitled <u>Philip Gordon v. John Hancock Mutual Life Insurance Company</u>, Case No. 97-5752 CACE, by filing the Complaint on or about April 16, 1997.

2. All process, pleadings and orders, as well as pending motions which have been filed in this case, are attached to this Notice of Removal.

3. The above-described action is one in which this court has original jurisdiction pursuant to the provisions of Title 28, United States Code, Section 1332, and is one which may be removed to this Court by John Hancock pursuant to the provisions of Title 28, United States Code, Section 1441, in that it is a civil action wherein the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

4. This notice of removal is timely under the provisions of 28 U.S.C. 1446(b), in that it is being filed within thirty days after the receipt by John Hancock through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which the action is based.

5. At all times material hereto, John Hancock was and is a corporation organized and existing under the laws of the State of Massachusetts, with its principal place of business in the State of Massachusetts. John Hancock is authorized to do business in the State of Florida. Complaint, ¶ 3.

6. Plaintiff is a citizen and resident of the State of Florida. Complaint, ¶ 2.

7. As alleged in the Complaint, Plaintiff seeks disability benefits of a maximum of $13,000.00 per month from May, 1995 to the present, plus future benefits. See Complaint ¶¶ 5-10, and Exhibit "A" to Complaint. Accordingly, the amount in controversy is in excess of $75,000.00, exclusive of interest and costs.

WHEREFORE, defendant, John Hancock Mutual Life Insurance Company, hereby gives notice of the removal of this action now pending against it in the Circuit Court of the Seventeenth Judicial Circuit of the State of Florida, in and for Broward County.

**SHUTTS & BOWEN LLP**
Attorneys for John Hancock
201 South Biscayne Boulevard
1500 Miami Center
Miami, Florida 33131
(305) 358-6300
Telecopier: (305) 381-9982

By: _____
John E. Meagher
Florida Bar No. 511099
Jeffrey M. Landau
Florida Bar No. 863777

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 15TH day of May, 1997 to Carl S. Karmin, Karmin & Adler, 750 Southeast Third Avenue, Suite 200, Fort Lauderdale, Florida 33316.

_____
Of Counsel

MIA95 139784.1 - JML

SHUTTS & BOWEN LLP / 1500 MIAMI CENTER / 201 SOUTH BISCAYNE BOULEVARD / MIAMI, FLORIDA 33131 / (305) 358-6300

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA.

CASE NUMBER: 97005752
JUDGE:

PHILIP GORDON,

    Plaintiff,

vs.

JOHN HANCOCK MUTUAL LIFE
INSURANCE COMPANY,

    Defendant.
_____/

**SUMMONS**

TO THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:

    YOU ARE HEREBY COMMANDED to serve this Summons and a Copy of the Complaint in this action on:

Defendant:    JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY

Registered Agent:    PETER F. SOUSA

Address:    CT CORPORATION SYSTEM
1201 S. PINE ISLAND ROAD
PLANTATION, FL. 33324

    Each Defendant is required to serve written defenses to the Complaint on Plaintiff's Counsel who is: CARL S. KARMIN, ESQUIRE KARMIN & ADLER, 750 Southeast 3rd Avenue, Suite 200, Fort Lauderdale, Florida, 33316, within Twenty (20) days after service of this Summons on that Defendant, exclusive of the date of service, and to file the original of the defenses with the Clerk of the above-styled Court either before service on Plaintiff's Counsel or immediately thereafter.

If a Defendant fails to do so, a default will be entered against the Defendant for the relief demanded in the Complaint.

WITNESS my hand and the seal of said Court on this ____ day of _____, 1997.

APR 16 1997

ROBERT E. LOCKWOOD
As Clerk of the Court

By: _____
     Deputy Clerk

DEBORAH A. LEWIS

A TRUE COPY
Circuit Court Seal

CACE

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT, IN AND
FOR BROWARD COUNTY, FLORIDA

CASE NO:
JUDGE:

97005752

PHILLIP GORDON,

    Plaintiff,

vs.

JOHN HANCOCK MUTUAL
LIFE INSURANCE COMPANY,

    Defendant,
_____/

## COMPLAINT

COMES NOW the Plaintiff, PHILLIP GORDON, by and through his undersigned counsel, and sues the Defendant, JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY (hereinafter referred to as "JOHN HANCOCK"), and states:

1. This is an action for damages which exceed Fifteen Thousand Dollars ($15,000.00), exclusive of interests and costs.

2. At all times material hereto and at the times of the incidents complained of, the Plaintiff was a resident of Broward County, Florida.

3. At all times material hereto and at the times of the incidents complained of, the Defendant, JOHN HANCOCK, was and is a corporation organized and existing under the laws of the State of Massachusetts, with its principal place of business in Boston, Massachusetts. The Defendant, JOHN HANCOCK, is authorized to engage in the insurance business in the State of Florida.

4. On February 14, 1991, in consideration of a premium

paid by the Plaintiff, PHILLIP GORDON, to Defendant, the Defendant, JOHN HANCOCK, executed and delivered to the Plaintiff a policy of insurance bearing policy number H009 754 606. A copy of the declaration page is attached to this complaint and marked as "Exhibit A."

5. On or about May 12, 1995, the Plaintiff became ill with severe back pain and cognitive deficits and since that time has been disabled because of such sickness within the meaning of the above referenced policy number. The Plaintiff has been disabled from May 12, 1995 until this date, within the terms of the policy.

6. On or about July 13, 1995, the Plaintiff filed a Notice and Proof of Disability with the Defendant on the forms provided by the Defendant. Plaintiff is not in possession of copies of said forms and is unable to obtain same.

7. The Plaintiff, PHILLIP GORDON, has performed all of the conditions required of the Plaintiff by the insurance policy at issue.

8. The Defendant, JOHN HANCOCK, has failed and refused to pay the benefits due to the Plaintiff, PHILLIP GORDON, under the aforedescribed policy.

9. Beginning on the 60th day after the disability began, the Plaintiff, PHILLIP GORDON, became entitled under the terms of the aforedescribed policy to receive benefits for the time the Plaintiff remains disabled.

10. At the time of the filing of this action, a sum has accrued under the aforedescribed policy as the Defendant has

failed and refused to pay any benefits to the Plaintiff. During the pendency of this action and prior to judgment, further disability payments are likely to accrue.

11. Because of Defendant's refusal to pay the benefits due the Plaintiff under the aforedescribed policy, the Plaintiff has retained the undersigned counsel to prosecute this action and has become obligated to pay them a reasonable attorney's fee.

12. This action was filed more than 60 days after submission to the Defendant, JOHN HANCOCK, of written proof of loss as required by the policy at issue.

WHEREFORE, the Plaintiff, PHILLIP GORDON, requests judgment against the Defendant, JOHN HANCOCK, for damages, together with reasonable attorney's fees pursuant to Section 627.428, Florida Statutes, cost of suit, and such other relief as the court may deem proper. Plaintiff further demands a trial by jury of all issues so triable as a matter of right.

> KARMIN & ADLER
> Attorneys for the Plaintiff
> 750 Southeast Third Avenue
> Suite 200
> Fort Lauderdale, Florida 33316
> (954) 768-9060
>
> By: _____
>     CARL S. KARMIN
>     Florida Bar No: 384127

INSURED: PHILIP W GORDON

POLICY NUMBER: H009 754 606

POLICY TITLE: DISABILITY INCOME POLICY (OVERHEAD EXPENSE)

POLICY FORM: IDH 40-90

OCCUPATIONAL CLASS: 1

DATE OF ISSUE: FEBRUARY 14, 1991

FIRST PREMIUM: $ 763.26
(for months)

ISSUE STATE: FLORIDA

DATE OF BIRTH: AUGUST 15, 1953

ISSUE AGE: 37

## SCHEDULE OF BENEFITS

THIS POLICY IS ISSUED WITH NON-SMOKER RATES.

| BENEFITS | ANNUAL PREMIUM |
|---|---|
| COVERED EXPENSE MAXIMUM -- $13,000. | $1,079.60 |
| MAXIMUM TOTAL BENEFIT -- $195,000. | |
| ELIMINATION PERIOD -- 90 DAYS<br>WAITING PERIOD FOR NORMAL PREGNANCY DISABILITIES -- 90 DAYS | |
| RESIDUAL RIDER | $81.90 |
| RETURN OF PREMIUM RIDER (ROP) | $293.56 |
| GUARANTEED INSURABILITY RIDER (GIR)<br>    GIR OPTION AMOUNT - $1,500.<br>    GIR EXPIRATION DATE - FEBRUARY 14, 2005<br>    GIR ADDITIONS - 0000. | $12.75 |
| TOTAL ANNUAL PREMIUM | $1,467.81 |

Form IDH 00-3-90 FL     3     I40390FL