UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   97-6602-CIV-ZLOCH

PHILIP GORDON

    Plaintiff

v.

JOHN HANCOCK MUTUAL
LIFE INSURANCE COMPANY

    Defendant_____/

**ORDER FOR PRE-TRIAL CONFERENCE**

    The above-styled cause is hereby set for Pretrial Conference on __March 6__, 19_98_ at _2:00 p.m._, at the United States Courthouse, Courtroom A, 299 East Broward Boulevard, Fort Lauderdale, Broward County, Florida. Pursuant to Local Rule 16.1 of this Court, the parties shall abide by the following time schedule under penalty of dismissal or other sanction.

## TIME SCHEDULE

| | |
|---|---|
| **TEN** days prior to P-T Conf. | — Attorneys must meet |
| **SEVEN** days prior to P-T Conf. | — Resume of experts and their reports must be exchanged |
| **FIVE** days prior to P-T Conf. | — ALL discovery must be completed |
| _90_ days prior to P-T Conf. | — ALL Motions for Summary Judgment and Motions for Judgment on the Pleadings must be filed |

**TRIAL DATE: PARTIES MUST BE READY FOR TRIAL AT ANY TIME AFTER THE PRE-TRIAL CONFERENCE.**
**THERE WILL BE NO CALENDAR CALL.**

PRE-TRIAL STIPULATION must be filed in Fort Lauderdale, Florida, on or before __February 27, 1998__

    DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this __9th__ day of __June__, 19_97_.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:
John Meagher, Esq.
Jeffrey M. Landau, Esq.
Carl S. Karmin, Esq.